FRANK MUSCLE AND MUSCLES WATERMELON BAR v.
SUZANNE PODRACKY.

June 9, 1987.

Petition for certification granted; the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the Middletown Township Zoning Board of Adjustment for further consideration and articulation, based on the existing record, of whether the proofs in the record adequately demonstrate "special reasons" within the meaning of *Kohl v. Mayor of Fair Lawn,* 50 *N.J.* 268 (1967). See *Medici v. BPR Company,* 107 *N.J.* 1, 14–19 (1987).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. BRUCE MCCOY.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WARREN KELLY.

June 9, 1987.

Petition for certification denied.